United States District Court
Southern District of Texas
**ENTERED**
January 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KEVIN STEVEN AGUAZACO ORJUELA and LUISA FERNANDA SAMBONI-GONZALEZ<br>"Petitioners,"<br><br>v.<br><br>FRANCISCO VENEGAS, *et al.*,<br>"Respondents." | Civil Action No. 1:25-cv-00153 |

## ORDER

Before the Court are Petitioner's "Habeas Corpus Petition Under 28 § 2241" (Dkt. No. 1) ("Petition") and the "Magistrate Judge's Report and Recommendations" (Dkt. No. 16) ("R&R"). The R&R recommends this Court dismiss the Complaint for failure to prosecute this case and comply with a court order. Dkt. No. 16 at 3.

The R&R was published December 22, 2025. Dkt. No. 25. Service on Petitioner Samboni-Gonzalez was docketed December 29, 2025, and objections to the R&R were due January 12, 2026. No objections were filed. The Court thus reviews the R&R's conclusions for plain error. See *Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Court **ADOPTS the R&R** (Dkt. No. 16). The Petition (Dkt. No. 1) is **DISMISSED without prejudice**. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on this 14th day of January 2026.

_____
Rolando Olvera
United States District Judge